# FORM FOR USE IN APPLICATIONS
# FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

RECEIVED
2006 JAN 26 A 10: 49

Name: Jackie Lamar Johnson

Prison Number: 159385

Place of Confinement: William E. Donaldson Correctional Facility, 100 Warrior Lane, Bessemer, Alabama 35023-7299

United States District Court _Middle_ District of _Alabama_

Case No. 3:06cv71-WHA
(To be supplied by Clerk of U. S. District Court)

Jackie Lamar Johnson, PETITIONER
(Full Name) (Include name under which you were convicted)

Kenny Jones, Warden, RESPONDENT
(Name of Warden, Superintendent, Jailor, or authorized person having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF _Alabama_

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, <u>the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:</u>

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

*If you are proceeding <u>in forma pauperis</u>, only the original petition needs to be filed with the Court.

PETITION

1. Name and location of court which entered the judgment of conviction under attack _Lee County Circuit Court_

2. Date of judgment of conviction _December 22, 2004_

3. Length of sentence _____ Sentencing Judge _____

4. Nature of offense or offenses for which you were convicted: _Attempted Murder in violation of Title 13A-6-2_
_Code of Alabama (1975) and Title 13A-4-2 Code of Alabama_
_(1975)_

5. What was your plea? (check one)
   (a) Not guilty ( )
   (b) Guilty ( )
   (c) Nolo contendere ( )
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial: (Check one)
   (a) Jury ( )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( ) No ( )

8. Did you appeal from the judgment of conviction? Yes ( ) No ( )

9. If you did appeal, answer the following:
   (a) Name of court _____
   (b) Result _____
   (c) Date of result _____
   If you filed a second appeal or filed a petition for certeorari in the Supreme Court, give details: _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? Yes ( ) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a) (1) Name of court _Lee County Circuit Court_
        (2) Nature of proceeding _Rule 32 Petition_
        (3) Grounds raised _The Court was without Jurisdiction to_
        _Render the Judgment or to impose the Sentence_

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No (✓)
    (5) Result _Dismissed_
    (6) Date of result _December 22, 2004_

(b) As to any second petition, application or motion give the same information:
  (1) Name of court _____
  (2) Nature of proceeding _____
  (3) Grounds raised _____ *N/A* _____
  _____
  _____
  _____
  _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( ) *N/A*
  (5) Result _____ *N/A* _____
  (6) Date of result _____ *N/A* _____

(c) As to any third petition, application or motion, give the same information:
  (1) Name of Court _____
  (2) Nature of proceeding _____
  (3) Grounds raised _____ *N/A* _____
  _____
  _____
  _____
  _____

  (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( ) *N/A*
  (5) Result _____ *N/A* _____
  (6) Date of result _____ *N/A* _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
  (1) First petition, etc.       Yes (✓)   No ( )
  (2) Second petition, etc.      Yes ( )   No ( )
  (3) Third petition, etc.       Yes ( )   No ( )

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
_____
_____
_____ *N/A* _____
_____
_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

>   CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

>   (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
>   (b) Conviction obtained by use of coerced confession.
>   (c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
>   (d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].
>   (e) Conviction obtained by a violation of the privilege against self-incrimination.
>   (f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
>   (g) Conviction obtained by a violation of the protection against double jeopardy.
>   (h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
>   (i) Denial of effective assistance of counsel.
>   (j) Denial of right of appeal.

A. Ground one: _See Attached Petitions Grounds of Petition_

Supporting FACTS (tell your story briefly without citing cases or law):

_See Attached Petitions Grounds of Petition_

B. Ground two: _N/A_

Supporting FACTS (tell your story briefly without citing cases or law):

_N/A_

C. Ground three: _N/A_

Supporting FACTS (tell your story briefly without citing cases or law):

_N/A_

   D. Ground four: _____N/A_____
   Supporting FACTS   (tell your story briefly without citing cases or law): _____

   _____N/A_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal state briefly what grounds were not so presented, and give your reasons for not presenting them: _____

   _____N/A_____

14. Do you have any petition or appeal now pending in any court, wither state or federal, as to the judgment under attack?    Yes ( )  No (✓)

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____

    (b) At arraignment and plea _____

    (c) At trial _____

    (d) At sentencing _____

    (e) On appeal _____

(f) In any post-conviction proceeding _____

(g) On appeal from any adverse ruling in a post-conviction proceeding: ____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes ( )   No (✓)

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ( )   No (✓)

    (a) If so, give name and location of court which imposed sentence to be served in the future: N/A

    (b) And give date and length of sentence to be served in the future: _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ( )   No ( )  N/A

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

    _____
    Signature of Attorney (if any)

    I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _____.
                                                                         (date)

    X  Jackie Johnson
    _____
    Signature of Petitioner

In The United States District Court
For The **Middle** District of Alabama

Jackie Lamar Johnson
    Petitioner

vs.                                Civil Action No. _____

Kenny Jones, Warden
Attorney General of
The State of Alabama
    Respondent

Petitioner's Grounds of Petition

Comes Now The Above Styled Petitioner "Jackie Lamar Johnson", And Files This his "Petition For Writ Of Habeas Corpus", Pursuant To "Title 28 U.S.C. 2254", And In Support of Same This Petition Will Show Unto This Honorable Court The following To Wit.

1. Jurisdiction

This Honorable Court Filed a "Petition For Writ of Relief From Conviction or Sentence" Pursuant To Rule 32 A.R. Crim.P, In The Circuit Court of Lee County Alabama on October 13, 2004. Thereon October 2, 2004, The State of Alabama Through Its Assistant District Attorney The Honorable Robert J. Reese, III, Filed it's Motion For Summary Dismissal Of The Petitioner's Rule 32 Petition.

1

And on December 22, 2004, The Trial Court, The Honorable Robert M. Harper, Lee County Circuit Court Judge Entered an Order Dismissing the Petitioner's Rule 32 Petition.

Then on January 4, 2005, The Petitioner Filed Timely Written Notice of Appeal To The Alabama Court of Criminal Appeals.

And on April 22, 2005, The Alabama Court of Criminal Appeals Affirmed by Memorandum The Trial Court's Summary Dismissal Of The Petitioner's Rule 32 Petition.

Then on May 4, 2005, The Petitioner Filed Timely Application For Rehearing To The Alabama Court of Criminal Appeals.

And on May 13, 2005, The Alabama Court of Criminal Appeals Overruled The Petitioner's Application For Rehearing.

Then on May 19, 2005, The Petitioner Filed Timely Petition for Writ of Certiorari To The Alabama Supreme Court.

And on November 10, 2005, The Alabama Supreme Court Denied The Petitioner's Petition For Writ of Certiorari.

Then This Same Date November 10, 2005, The Alabama Court of Criminal Appeals Issued Its Certificate of Judgment in this Case.

2

2. Federal Habeas Corpus Issue Presented for Relief

(A) The Court Lack of Jurisdiction to Render the Judgement or to impose the Sentence

3. Argument

Case Number CC-90-289
Attempted Murder in Violation of "Title 13A-6-2" Code of Alabama (1975)" and "Title 13A-4-2" Code of Alabama (1975)"

The Petitioner "Rickie Lamon Johnson" argues that, the evidence by the prosecution establish, The Petitioner was charged with "Attempted Murder", in Violation of "Title 13A-6-2" Code of Alabama (1975)"; And "Title 13A-4-2" Code of Alabama (1975)".

The Petitioner argues that in Slay v. State 338 So. 2d 3 (Ala. Crim. App. 1976), That Court quoting Resnick v. State, 23 Ala. App. 290, 124 So. at 398 (1929), held the following:

("is not within the province of any trial court to modify, change, or alter the statute of the State of Alabama, and no trial judge is vested with the exercise of discretion to this kind")

3

The Petitioner argues further that additionally, a courts lack of "Subject Matter Jurisdiction", is fundamental, cannot be waived and may be raised at any time. McKinney v. State, 549 So.2d 166, 168, (Ala. Crim. App. 1989).

The Petitioner argues that although he were indicted for a Capital Murder. The pertinent Alabama Statutes for this offense states the following:

"Title 13A-6-2" Code of Alabama (1975) =

Murder

(a) A person commits the crime of murder if:

(1) With intent to cause the death of another person

"Title 13A-4-2" Code of Alabama (1975) =

Attempt

(a) A person is guilty of an attempt to commit a crime if, with the intent to commit a specific offense, he does any overt act toward the commission of such offense.

4

The Petitioner argues further that his indictment exhibit A, states the following:

"Did with the intent to commit the crime of Murder, Section 13A-6-2 of the Alabama Criminal Code, attempt to commit said offense by attempting to intentionally cause the death of another person."

The Petitioner argues that although (intent) to commit a crime, is a necessary element within any "Attempt" statute, it is not, in and of itself, a crime to possess intent.

The Petitioner argues that, clearly his indictment exhibit A, has been misdrawn, as it does not refer to the criminal statute "Title 13A-4-2, Code of Alabama 1975."

Wherefore Movant is entitled Petitioner prays this Honorable Court to set see his contested conviction down for a Final Evidentiary Hearing on the merits of the Petitioner's claims raised in the present Petition for writ of Habeas Corpus.

5

Done This The 12th Day of December 2005

Respectfully Submitted

Jackie Johnson
Jackie Lamar Johnson
#59385
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299