VOL 046 PAGE 199

INDICTMENT

CC-90-289

# THE STATE OF ALABAMA, LEE COUNTY

Circuit Court, _____ March _____ Term, 19 90

The Grand Jury of said County charge that before the finding of this Indictment Jackie Lamar Johnson, alias Jackie Johnson, whose true christian name is otherwise unknown to the Grand Jury, did, with the intent to commit the crime of Murder (Section 13A-6-2 of the Code of Alabama) attempt to commit said offense by attempting to intentionally cause the death of another person, Maquella Lashawn Jones, by choking her about the neck with his hands, in violation of §13A-4-2 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

District Attorney of the 37th Judicial Circuit

See 15-8-150, Code 1975.