IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JACKIE LAMAR JOHNSON, #159 385        *

      Petitioner,        *

      v.        *        3:06-CV-71-WHA

WARDEN KENNETH JONES, *et al.*,        *

      Respondents.        *

_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Leave to Proceed *In Forma Pauperis*

(Doc. No. 2), and for good cause, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 30th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE