Johnson

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x _Q. Gurr_    ☐ Agent    ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
Givner    2 1 2006

1. Article Addressed to:

Hon. Troy King
Attorney General for the
State of Alabama
11 South Union Street
Montgomery, AL 36130

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

3. Docv71 (Order + pet. 20 days)

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 3205

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540