**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    □ Agent
                      □ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Jose Farley    2-6-06

1. Article Addressed to:

Kenneth Jones, Warden
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, AL 35032-7299

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3:06 cv 71 (order + pet. 20 dys

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540