IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JACKIE LAMAR JOHNSON, #159 385 | * | |
| Petitioner, | * | |
| v. | * | 3:06-CV-71-WHA |
| WARDEN KENNETH JONES, *et al.*, | * | |
| Respondents. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED and extension from February 21, 2006 to March 14, 2006 to file their answer.

Done this 24th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE