# IN THE SUPREME COURT OF ALABAMA



November 10, 2005

**1041238**

Ex parte Jackie Lamar Johnson. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Jackie Lamar Johnson v. State of Alabama) (Lee Circuit Court: CC90-288.60; CC90-289.60; Criminal Appeals: CR-04-0651).

## CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

PARKER, J. - Nabers, C.J., and Lyons, Woodall, and Smith, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 10th day of November, 2005

Clerk, Supreme Court of Alabama



EXHIBIT
A-2

/bb