# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA
### JUDICIAL BUILDING, 445 DEXTER AVENUE
## MONTGOMERY 36130



JOHN PATTERSON
Presiding Judge
JOHN C. TYSON, III
WILLIAM M. BOWEN, JR.
SAM TAYLOR
H. WARD McMILLAN
Judges

Clerk's Office
(205) 242-4590

CR-90-250

Lee Circuit Court
(CC-90-288 and CC-90-289)

Jackie Lamar Johnson   alias v. State

**Affirmed by memorandum.** The judgment of the circuit court is affirmed. Appellant's argument regarding the sufficiency of the evidence of attempted murder is without merit. See Benton v. State, 536 So. 2d 162 (Ala. Cr. App. 1988); Scroggins v. State, 529 So. 2d 1025 (Ala. Cr. App. 1988). Appellant's argument regarding the sufficiency of the evidence of rape, first degree, is without merit. See Williams v. State, 535 So. 2d 225 (Ala. Cr. App. 1988); Mims v. State, 500 So. 2d 100 (Ala. Cr App. 1986); Swint v. State, 455 So. 2d 285 (Ala. Cr. App. 1986). Appellant's argument regarding restitution is without merit. See Harris v. State, 542 So. 2d 1312 (Ala. Cr. App. 1989); Welcher v. State, 504 So. 2d 360 (Ala. Cr. App. 1987).



EXHIBIT B