In the United States District Court
For the Middle District of Alabama

Dickie Lamar Johnson,
    Petitioner,

vs.

Warden Kenneth Jones
et. al.,
    Respondents.

Civil Action No. 3:06-CV-71-WHA

RECEIVED
2006 APR -3 A 9:45
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

## Petitioner's Response To Respondent's Answer

Comes now the above styled Petitioner "Dickie Lamar Johnson" and files this his "Petitioner's Response to Respondent's Answer" and in support of same this Petitioner will show unto this Honorable Court the following to wit:

1. The Respondent contends in its Answer of March 14, 2006, that the Petitioner's "Petition for Writ of Habeas Corpus" is barred by the "Statute of Limitations" pursuant to "28 USC 2254", "28 USC 2244(d)(1)".

2. The Petitioner contends that he has raised a valid jurisdictional claim, concerning his indictment, as such the Eleventh Circuit Court of Appeals has held that

1

Due to Petitioners are not barred by the Statute of Limitations Harris v. US, 149 F3d 1138 (11th Cir.).

3. The Petitioner contends that this Honorable Court is bound by the decision of the majority holding in the authority of Harris v. US Supra.

Wherefore Premises Considered, Petitioner moves this Honorable Court to Adjudicate the merits of the Petitioner's jurisdictional claim.

Done this the 21st day of March 2006

Respectfully Submitted

Jackie Johnson
Jackie Lamar Johnson
AIS# 159385
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

2

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon the following by placing a copy in the United States Mail, postage prepaid and properly addressed on this 31st day of March 2006 as follows:

cc: Honorable Yvonne A. H. Saxon
Office of the Attorney General
Alabama Statehouse
11 South Union Street
Montgomery, Alabama 36130-0152


Respectfully Submitted

Jackie Johnson
_____
Jackie Lamar Johnson
AIS# 159385
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

3