In The United States District Court
For The Middle District of Alabama

Jackie Lamar Johnson
        Petitioner

V.                                    Civil Action No. 3:06-CV-71-WHA

Warden Kenneth Jones,
et, al.
        Respondents

Petitioner's Written Objections

Comes now the above styled Petitioner "Jackie Lamar Johnson", and files his "Petitioner's Written Objections" to the "Recommendation of the Magistrate Judge" dated June 20, 2006, and in support of same this Petitioner will show unto this Honorable Court the following to wit.

1. Statute of Limitations Pursuant To "The 28 USC 2244(d)(1)"

This Honorable Court entertains that the Petitioner's Petition for Writ of Habeas Corpus is barred from this Honorable Court's Review Pursuant to "The 28 USC 2244(d)(1)"

1

2. The Petitioner pointed out to this Honorable Court to the authority of <u>Harris v. United States</u> 149 F3d 1304 (11th Cir. 1998), This Decision by The Eleventh Circuit Court of Appeals held that, Jurisdictional claims are not barred by the Statute of Limitations of "<u>Title 28 USC 2244(d)(1)</u>".

3. This Honorable Court further held that, Neither "<u>Title 28 USC 2244(d)</u>" nor Federal Case Law, however, makes such an exception to Jurisdictional Issues arising under State Law and that the holding in <u>Harris Supra</u> is simply not applicable to the instant action and does not support the Petitioner's argument on Equitable Tolling.

4. The Petitioner argues further that, This Court is bound by The Eleventh Circuit Court of Appeals Decision in the authority of <u>Harris v. United States</u> 149 F3d 1304 (11th Cir. 1998), and is without authority to overrule that Court's Decision.

2

5. The Petitioner Argues That, in Accordance with the Eleventh Circuit Court of Appeals Decision in the Authority of *James v. United States*, 149 F.3d 1304 (11th Cir. 1998), This Cause is due to be Assessed by the Respondents Fully on the Merits of the Claim Bases in the Petitioner's Petition for Writ of Habeas Corpus.

Done This The 29th day of June 2006

Respectfully Submitted

Jackie Johnson
Jackie Lamar Johnson
AIS# 159385
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

3

## Certificate of Service

I hereby certify that I have served a copy of the above and foregoing upon the following by placing a copy in the United States Mail, postage prepaid and properly addressed this the 29th day of June 2006 as follows:

CC: Honorable Yvonne A. H. Saxon
Assistant Attorney General
Office of the Attorney General
Alabama Statehouse
11 South Union Street
Montgomery, Alabama 36130-0152

Respectfully Submitted

Jackie Johnson
Jackie Amar Johnson
AIS# 159388
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

4