IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACKIE LAMAR JOHNSON, #159385, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3:06cv071-WHA |
| | ) |
| KENNETH JONES, et al., | ) |
| | ) |
| Respondents. | ) |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Judgment is hereby entered in favor of the Defendants, and against the Plaintiff, Jackie Lamar Johnson.

DONE this 27th day of July, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE