In The United States District Court
For The Middle District of Alabama

Jackie Lamon Johnson,
    Petitioner

vs.                                    Case No. 3:06-cv-0071-WHA

Kenneth Jones,
et, al.,
    Respondents

Petitioner's Notice of Appeal

Comes Now The Above Styled Petitioner "Jackie Lamon Johnson", And Files This His "Petitioner's Notice of Appeal" Pursuant To Rule 4(a)(1) F.R.A.P, To The Eleventh Circuit Court of Appeals From The District Courts Judgement Entered on July 24, 2006.

Done This The 31st Day of July 2006

Respectfully Submitted
Jackie Johnson
Jackie Lamon Johnson
AIS# 159385
William E. Donaldson Correctional Facility
100 Warrior Lane
Bessemer, Alabama 35023-7299

1