

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14297-C
_____

JACKIE LAMAR JOHNSON,

Petitioner-Appellant,

versus

KENNETH JONES, Warden,
TROY KING, The Attorney General
of the State of Alabama,

Respondents-Appellees.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

Before DUBINA and CARNES, Circuit Judges.

BY THE COURT:

Appellant has filed a motion for reconsideration of this Court's order dated October 11, 2006,

denying his motion for a certificate of appealability ("COA"). Upon reconsideration, appellant's

motion for a COA is DENIED because he has failed to make the requisite showing. 28 U.S.C.

§ 2244(d).

Appellant's motion for leave to proceed in forma pauperis is DENIED AS MOOT.